U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 14 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

06-0867

DARRIUS COPELIN                    CIVIL ACTION NO. ~~06-0687~~
FED. REG. NO. 28136-034
VS.                                **SECTION P**
                                   **JUDGE DRELL**
UNITED STATES OF AMERICA           **MAGISTRATE JUDGE KIRK**

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of *habeas corpus* (28 U.S.C. §2241) be **DENIED** and **DISMISSED** with prejudice.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _____12TH_____ day of _____SEPTEMBER_____, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE